# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONNA ANN LEDDY SMITH,<br>　　Plaintiff,<br>v.<br>MERRILL GARDENS L.L.C., et al.,<br>　　Defendant. | Case No. 2:22-cv-00441-RFB-NJK<br><br>**Order** |

　　To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 3, 2022, a joint proposed discovery plan.

　　IT IS SO ORDERED.

　　Dated: April 26, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1