S. BRENT VOGEL, Nevada State Bar# 6858
Email: Brent.Vogel@lewisbrisbois.com
Robert D. Rourke, Nevada State Bar # 5757
Email: Robert.Rourke@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile:  702.893.3789

RITA R. KANNO, California State Bar# 230679 (*admitted Pro Hac Vice*)
Email: Rita.Kanno@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile:  619.233.8627

Attorneys for Defendants MERRILL GARDENS LLC, SHI-II HENDERSON, LLC D/B/A TRUEWOOD BY MERRILL, HENDERSON, and ALEXANDRA TASKOV

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONNA ANN LEDDY SMITH, as Statutory Heir and Special Administrator for the ESTATE OF JOSEPH MOTTO,<br><br>     Plaintiff,<br><br>vs.<br><br>MERRILL GARDENS L.L.C., a foreign limited liability company; SHI-II HENDERSON, LLC D/B/A TRUEWOOD BY MERRILL, HENDERSON, a foreign limited liability company; ALEXANDRA TASKOV, individually and as Administrator; DOE EMPLOYEES I through X; DOE SERVICE PROVIDERS I through X, DOE GOVERNING MEMBERS I through X; ROE GOVERNING BODIES I through X; and DOES XI through KX; and ROE CORPORATIONS XI through XX, inclusive,<br><br>     Defendants. | Case No. 2:22-cv-00441-RFB-NJK<br><br>**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |

4858-3555-7445.2                         1

IT IS HEREBY STIPULATED by and between Plaintiff DONNA ANN LEDDY SMITH, as Statutory Heir and Special Administrator for the ESTATE OF JOSEPH MOTTO, and Defendants MERRILL GARDENS, L.L.C., SHI-II HENDERSON, LLC D/B/A TRUEWOOD BY MERRILL, HENDERSON, and ALEXANDRA TASKOV, by and through their respective attorneys of record that this matter be remanded back to Eighth Judicial District Court, Case No. A-22-846194-C. The parties will bear their own attorneys' fees and costs incurred only as related to the issue of remand.

DATED this 20th day of December, 2022.

| COGBURN LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By:/s/ *Hunter S. Davidson*____<br>Jamie S. Cogburn<br>Hunter S. Davidson<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV  89074<br><br>Attorneys for Plaintiff<br>*Donna Ann Leddy Smith (Special Administrator) for the Estate of Joseph Motto* | By:____/s/ *S. Brent Vogel*<br>S. Brent Vogel, Esq.<br>Nevada State Bar No. 6858<br>Robert D. Rourke, Esq.<br>Nevada State Bar No. 5757<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, NV 89118<br><br>Rita R. Kanno, Esq. (*admitted Pro Hac Vice*)<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>550 West C Street, Suite 1700<br>San Diego, CA 92101<br><br>Attorneys for Defendants<br>*Merrill Gardens, L.L.C., Shi-II Henderson, LLC d/b/a Truewood By Merrill, Henderson, and Alexandra Taskov* |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of January, 2023.



# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2022, a true and correct copy of **STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** was electronically filed and served on all parties registered with CM/ECF.

Jamie S. Cogburn
Hunter S. Davidson
Cogburn Law
2580 St. Rose Parkway, Suite 330
Henderson, NV  89074
Tel: 702.748.7777
Fax: 702.966.3880
Email: jsc@cogburncares.com
        hsd@cogburncares.com
***Attorney for Plaintiff***

       /s/ *Gaylene Kim-Mistrille*
An employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4858-3555-7445.2

3